Entered
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
SEP 2 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS FITZGERALD JONES,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>MIKE EVANS, WARDEN,<br><br>　　　　　Respondent. | Case No. CV 08-5916-RGK (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: SEP 1 8 2008

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 2 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE